TIMKEN U.S. CORPORATION, PLAINTIFF, v. UNITED STATES, DEFENDANT, AND NSK LTD., NSK-RHP EUROPE LTD., RHP BEARINGS LTD., NSK BEARINGS EUROPE LTD. AND NSK CORPORATION; NTN BEARING CORPORATION OF AMERICA, NTN BOWER CORPORATION, NTN-BCA CORPORATION AND NTN CORPORATION; SKF USA INC. AND SKF GmbH; FAG KUGELFISCHER GEORG SCHÄFER AG, THE BARDEN CORPORATION (U.K.) LIMITED, THE BARDEN CORPORATION, FAG ITALIA S.p.A. AND FAG BEARINGS CORPORATION; KOYO SEIKO CO., LTD. AND KOYO CORPORATION OF U.S.A., DEFENDANT-INTERVENORS.

Court No. 00–08–00385

## *JUDGMENT*

TSOUCALAS, *Senior Judge*: This Court, having received and reviewed the United States International Trade Commission's ("Commission") *Views of the Commission* ("*Remand Determination*") in *Timken U.S. Corporation v. United States*, 28 CIT ____ , ____ , 310 F. Supp. 2d 1327 (2004), comments of Timken U.S. Corporation, responses of defendant-intervenors, NTN Bearing Corporation of America et al. and NSK Ltd. et al., the Commission's rebuttal comments, and after hearing oral arguments from counsel on August 5, 2004, holds that the Commission duly complied with the Court's remand order, and it is hereby

ORDERED that the *Remand Determination* filed by the Commission on April, 26, 2004, is affirmed in its entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.